THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO.   C17-0791RSL |
| Plaintiff, | ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |
| v. | |
| NOR-CAL PRODUCE, INC., a California corporation, | |
| Defendant. | |

**Summary**

Judgment Creditor:              Northwest Administrators, Inc.
Judgment Debtor:                Nor-Cal Produce, Inc.
Liquidated Damages          $12,761.85
Interest through 6/23/17          301.23
Attorneys Fees:               $689.40
Costs:                        $485.00
Other Recovery Amounts:       NONE
Interest Rate on Costs:        NONE
Attorneys for Judgment
 Creditor:                    Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiff's motion for

judgment against the Defendant, Plaintiff being represented by its attorney, Russell J.

Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented,

and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto and the Declaration of James E. Helmers and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 150 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period March 2017 and April 2017:  for liquidated damages of $12,761.85, for pre-judgment interest of $301.23, for attorneys' fees of $689.40, and for costs of $485.00; all for a total of $14,237.48.

Dated this 14th day of July, 2017.

*MWr S Lasmik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

ORDER DIRECTING ENTRY OF
DEFAULT JUDGMENT – Page 2 of 2
H:\MyFiles\NW Administrators\Default Judgment v. Nor-Cal.docx